## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

**BILLY & LACY HURSH,**

*Plaintiffs,*

v.

**(1) STATE FARM FIRE AND CASUALTY COMPANY;**
**(2) MARK D. WELTY; and**
**(3) MARK D. WELTY INSURANCE AGENCY, INC.,**

*Defendants.*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

APR 1 7 2025

RICK WARREN
COURT CLERK

CASE NO. **128**

## CJ - 2025 - 2 6 2 6

### ENTRY OF APPEARANCE

Reggie Whitten, Michael Burrage, Blake Sonne, Hannah Whitten, John S. Sanders, Jake Denne and Patrick F. Collogan hereby enter their appearance as counsel of record for Plaintiffs, Billy and Lacy Hursh, in the above captioned case.

Respectfully submitted,

*Reggie Whitten*
Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097
**WHITTEN BURRAGE**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office:      405.516.7800
Facsimile:   405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com

**EXHIBIT 7**

jdenne@whittenburragelaw.com

*-and-*

Patrick F. Collogan, OBA # 30529
BIBY LAW FIRM
6305 E. 120th Ct., Suite F
Tulsa, OK 74137
918-574-8458---Telephone
888-572-8263---Facsimile
pat@bibylaw.com

***Attorneys for Plaintiffs***