IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) Billy Hursh, and )
(2) Lacy Hursh, )
)
)
Plaintiff(s), )
)
v. )  Case No. 5:25-cv-00529-J
)
(1) State Farm Fire and Casualty Company, )
(2) Mark D. Welty, and )
(3) Mark D. Welty Insurance Agency, Inc., )
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendants__, __State Farm Fire and Casualty Company, Mark D. Welty, and Mark D. Welty Insurance Agency, Inc.__.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Lacy B. Williamson        May 14, 2025
Signature                    Date

Lacy B. Williamson
Print Name

GableGotwals
Firm

110 N. Elgin Avenue, Suite 200
Address

Tulsa            OK           74120
City             State        Zip Code

918-595-4800
Telephone

lwilliamson@gablelaw.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on May 14, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Lacy B. Williamson
s/ Attorney Name