IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) Billy Hursh, and<br>(2) Lacy Hursh,<br><br>　　　　　　　　Plaintiff(s),<br><br>v.<br><br>(1) State Farm Fire and Casualty Company,<br>(2) Mark D. Welty, and<br>(3) Mark D. Welty Insurance Agency, Inc.,<br><br>　　　　　　　　Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 5:25-cv-00529-J<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for:

__Defendants__, __State Farm Fire and Casualty Company, Mark D. Welty, Mark D. Welty Insurance Agency, Inc.__.
(Plaintiff/Defendant)　　　　(Name of Party)

　　I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ __Lance E. Leffel__　　　　　　　__May 14, 2025__
Signature　　　　　　　　　　　　　Date

__Lance E. Leffel__
Print Name

__GableGotwals__
Firm

__499 W. Sheridan Ave., Ste 2200__
Address

__Oklahoma City__　　　__OK__　　　__73102__
City　　　　　　　State　　　　Zip Code

__405-235-5500__
Telephone

__lleffel@gablelaw.com__
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on May 14, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Lance E. Leffel
s/ Attorney Name