| Homeowners Application - OK | State Farm Fire and Casualty Company | 36-CL-H107-4 |
|---|---|---|

Cancel/New

| Effective Date: | 06-26-2020 | App Date: | 05-28-2020 | App Time: | 04:40 PM |
|---|---|---|---|---|---|
| Agent: | Mark Welty CLU CPCU<br>Mark D Welty Ins Agency Inc | Agent Code: | 2120 | AFO Code: | 26FA43 |

**CUSTOMER:**

|  | Birth date | SSN | Home Phone | Business Phone |
|---|---|---|---|---|
| Applicant: HURSH, BJ | ■ | ■ | | |
| Co-Applicant: HURSH, LACY M | ■ | ■ | | |

Show name(s) on policy as: HURSH, BJ & LACY M

Mailing Address:  1901 S DOGWOOD PL
 BROKEN ARROW, OK 74012-6345

Is any applicant an existing State Farm customer: Yes
   If yes, State / Prov: OK
Home / Auto discount: Yes
   If yes, State / Prov: OK
Does the applicant want to replace an existing State Farm policy with this transaction: Yes
   Existing State Farm policy number being replaced: 36-CG-D915-3
   Existing policy's cancel date: 06-26-2020
   Existing policy's State / Prov: OK
   Is the property location for this new policy the same as the existing policy's location: No
   Is applicant the named insured on the existing State Farm policy: Yes
      If yes, existing policy type being replaced: Renters
Number of residents: 4

**Location:**
   Property Location:   Street:  1901 S DOGWOOD PL
      City:  BROKEN ARROW
      State / Prov:  OK
      ZIP / Postal:  74012-6345
   County:  Tulsa
   Territory zone:  10
   Subzone:  99
Is the dwelling inside city limits: Yes

**Pre-eligibility:**
   Applicant's most recent insurer: State Farm
   Has any applicant had a State Farm Homeowners, Manufactured Home, Renters, Condominium Unitowners, or Farm/Ranch policy in the last 30 days and qualifies for the Loyal Customer Discount: Yes
      If yes, Tenure Details:
         Enter information from the State Farm Policy that carries the oldest tenure date:
         From date: 05-2012
         To date: 06-2020
         State / Prov: OK
         Years with State Farm: 8
         Tenure policy number: 36-CG-D915-3
         Tenure date: 05-06-2012
   Has applicant had any losses, insured or not, in the past 5 years: No
   Number of homeowners rating claims: 0
   Is there any damage to the home, building, or unit that has not been repaired: No

**EXHIBIT 1**

| Homeowners Application - OK | State Farm Fire and Casualty Company | 36-CL-H107-4 |
|---|---|---|

**Dwelling:**
    Estimate number:  R8P8-U9MA-9
    Estimated replacement cost source:  Estimated replacement cost tool
    Total finished square feet:  2720
    Number of stories:  1.5 Stories
    Estimated replacement cost:  295,000
    Date of estimate:  05-28-2020
    Year built:  1995
        Heating / Cooling year:  Updated
        If Updated, enter year:  2012
        Does the applicant have qualifying utility update documentation:  No
        Electrical year:  Updated
        If Updated, enter year:  2012
        Does the applicant have qualifying utility update documentation:  No
        Plumbing year:  Updated
        If Updated, enter year:  2012
        Does the applicant have qualifying utility update documentation:  No
    Year purchased:  2020
    Construction:  Masonry veneer
    Is there a solid fuel appliance, such as a wood or coal stove, fireplace insert, or free-standing fireplace unit inside any dwelling or structure on the premises:  No
    Roof history:  Replaced
        If Replaced, roof installation year:  2010
    Roof material:  Composition - Architectural Shingle
    Is roof impact resistant:  No
    Occupancy:  Owner
    Number of weeks owner occupied (per calendar year):  52
    Number of families:  1

**Coverages:**
    Desired coverage effective date:  06-26-2020
    Estimated replacement cost:  295,000
    Dwelling (Coverage A):  295,000
    Rate IV:  100%
    Increased Dwelling - Option ID:  Included
    Dwelling Extension:  29,500
    Are there any detached structures on the premises:  No
    Personal Property (Coverage B):  221,250
    Loss Settlement:
        Loss Settlement Option - Dwelling:  A1 - Replacement Cost - Similar Construction
        Loss Settlement Option - Personal Property:  B1 - Limited Replacement Cost
    Policy deduct ble:  1%
    Personal Liability (Coverage L) each occurrence:  300,000
    Medical Payments (Coverage M) each occurrence:  3,000

**Adjustments:**
    Deadbolt locks:  Yes
    Fire extinguisher:  Yes
    Sprinkler system:  None
    Fire or smoke alarm:  Local only
    Burglar alarm:  None

**Options / Endorsements:**
    Jewelry and Furs:  Yes
        JF limit:  1,500 / 2,500 Option JF included
    Silver/Goldware Theft - Option SG:  Yes
        SG limit:  2,500 included

| Homeowners Application - OK | State Farm Fire and Casualty Company | 36-CL-H107-4 |
|---|---|---|

Business Property - Option BP:  Yes
    BP limit:  1,500 included
Building Ordinance or Law - Option OL (% of Coverage A):  Yes
    OL limit:  10% included
Firearms - Option FA:  Yes
    FA limit:  2,500 included
Back-Up of Sewer or Drain:  Yes
    Limit:  Back-Up Sewer/Drain - Dwelling/Contents, 10% of Dwelling
    In the past five years, has the applicant had any losses, insured or not, caused by water back-up from sewer, drains, or sump pumps at the same dwelling the applicant is purchasing insurance for:  No
Fire Department Service Charge Increased Limits:  Yes
    Limit:  500 included
Home Systems Protection:  Yes
Service Line Coverage:  Yes

**Quote Results:**

    CRI:  5613
    Quote description:  100% Replacement Cost
    Annual premium:  1,813.00
    Monthly premium:  151.08
    Estimated replacement cost:  295,000
    Rate IV:  100%
    Construction:  Masonry veneer
    Territory zone:  10
    Subzone:  99
    LRF:  L

| | Limit | Premium |
|---|---:|---:|
| **Coverages** | | |
| Dwelling (Coverage A) | 295,000 | 3,151.00 |
| Increased Dwelling - Option ID | 59,000 | |
| Dwelling Extension | 29,500 | |
| Personal Property (Coverage B) | 221,250 | |
| Personal Liability (Coverage L) each occurrence | 300,000 | 8.00 |
| Medical Payments (Coverage M) each occurrence | 3,000 | 5.00 |
| Credit Card / Bank Card and Forgery | 1,000 | |
| Damage to Property of Others (Each Occurrence) | 1,000 | |
| Loss of Use | 88,500 | |
| **Loss Settlement Provision** | | |
| Loss Settlement Option - Dwelling | A1 - Replacement Cost - Similar Construction | |
| Loss Settlement Option - Personal Property | B1 - Limited Replacement Cost | |
| **Deductibles** | | |
| Policy deduct ble | 1% 2,950 | |
| **Charges / Credits** | | |
| Claim Record | | (252.00) |
| Home / Auto discount | | (873.00) |
| Loyal customer discount | | (406.00) |
| **Policy Options and Endorsements** | | |
| Jewelry and Furs | 1,500 / 2,500 Option JF included | |
| Silver/Goldware Theft - Option SG | 2,500 included | |
| Business Property - Option BP | 1,500 included | |

| Homeowners Application - OK | State Farm Fire and Casualty Company | 36-CL-H107-4 |
|---|---|---|

| | | |
|---|---:|---:|
| Building Ordinance or Law - Option OL (% of Coverage A) | 10% 29,500 | |
| Firearms - Option FA | 2,500 included | |
| Back-Up Sewer/Drain - Dwelling/Contents, 10% of Dwelling | 10% 29,500 | 15.00 |
| Fire Department Service Charge Increased Limits | 500 included | |
| Home Systems Protection | 50,000 | 99.00 |
| Service Line Coverage | 10,000 | 66.00 |

**Additional Interests:**
   Type:   Mortgagee
       Name:   ASSOCIATED MORTGAGE
                 CORPORATION ISAOA ATIMA
       Street:   7211 S YALE AVE
       City:   TULSA
       State / Prov:   OK
       ZIP / Postal:   74136-6320

       Loan number:   [redacted]

**Documents / Photos**

**Bind:**
   Market Assistance Program App:  No
   Bind application:  Yes
   Desired coverage effective date:  06-26-2020
   Application taken date:  05-28-2020
   Application taken time:  04:40 PM

**Billing / Payment:**
   Minimum amount due:  302.16
   Annual premium:  1,813.00
   Payment Options:
       Put application on SFPP:  No
   Annual premium:  1,813.00
   Amount paid:  0.00
   Premium transfer from other policy:  0.00
   Balance due:  1,813.00
   Billing Information:
   Should named insured be billed for first year's premium:  No
   Should named insured be billed for renewals:  No
      If no, renewals will be billed to the name below:
         Name:  ASSOCIATED MORTGAGE CORPORATION ISAOA ATIMA
   Should named insured be billed for endorsements:  No
      If no, endorsements will be billed to the name below:
         Name:  ASSOCIATED MORTGAGE CORPORATION ISAOA ATIMA