**State Farm Fire and Casualty Company**
*A Stock Company With Home Offices in Bloomington, Illinois*

PO Box 2356
Bloomington IL 61702-2356

Case 5:25-cv-00529-SLP    Document 6-2    Filed 05/14/25    Page 1 of 8

| POLICY NUMBER | 36-CL-H107-4 |
|---|---|
| **HOMEOWNERS AVAILABLE COVERAGE NOTICE** | |
| | **SEE RENEWAL DECLARATIONS** |

AT1           H-26-2BEF-FA43  F H W
     001729  3200
HURSH, BJ & LACY M
1901 S DOGWOOD PL
BROKEN ARROW OK   74012-6345



It is important that you occasionally review the coverages and limits in your Homeowners policy to be certain your needs are being met. The following information will assist you in the review process.

The coverage limits for Coverage A - Dwelling, Coverage B - Personal Property, Coverage L - Personal Liability, and Coverage M - Medical Payments to Others are listed on the accompanying renewal declarations. Please review these limits to determine if they are adequate in the event of a loss.

The following is a **partial list** of the optional coverages you have **not** added to your policy. They may be available to you for a premium adjustment.

- Business Property (for higher limits)
- Business Pursuits Liability (for teachers, school administrators, sales persons, and clerical employees)
- Child Care Liability (for those providing child care in their home)
- Earthquake (for damage to buildings and personal property caused by an earthquake)
- Firearms (for broadened coverage and higher limits)
- Cyber Event, Identity Restoration, and Fraud Loss
- Incidental Business Liability (for those with an incidental office, studio, or school in the home)
- Jewelry and Furs (for broadened coverage and higher limits)
- Loss Assessment (for neighborhoods with Homeowners Associations)
- Nurses' Professional Liability (for those in the nursing profession)
- Personal Injury (for your liability to others caused by certain acts of libel, slander, invasion of privacy, or false arrest)
- Silverware/Goldware (for broadened coverage and higher limits)
- Adult Day Care Liability (for those providing adult day care in their home)
- Energy Efficiency Upgrade (for replacing damaged heating unit, air conditioning unit, or water

**Continued on Reverse Side**

Prepared   MAY 08 2023

Agent
Telephone

MARK D WELTY INS AGENCY INC
(918) 627-1833  or  (918) 627-1003

Prepared


EXHIBIT 2

heater with equipment that is more energy efficient)

Home Rental (for those who rent out their home for more than 30 nights yearly)

Increased Personal Property (for higher limits above the standard policy limit, which is a percentage of your Coverage A-Dwelling amount)

**This notice contains only a general description of the coverages and is not a contract. All coverages are subject to the provisions in the policy itself.** Should you have a need for any of these coverages or higher limits, contact your State Farm Agent to discuss details, cost and eligibility.

**IMPORTANT INFORMATION ABOUT DAMAGE CAUSED BY FLOODING**

This policy does not cover damage to your property caused by flooding. You may be eligible for such coverage through the National Flood Insurance Program ("NFIP"), if you live in a participating community. For more information, contact your State Farm® agent or visit floodsmart.gov.

o1h9223a  03-31-2017

**State Farm Fire and Casualty Company**
A Stock Company With Home Offices in Bloomington, Illinois

PO Box 2356
Bloomington IL 61702-2356



H-26-2BEF-FA43  F  H W
3200
HURSH, BJ & LACY M
1901 S DOGWOOD PL
BROKEN ARROW OK   74012-6345

# RENEWAL DECLARATIONS

**AMOUNT DUE:** None
**Payment is due by** TO BE PAID BY MORTGAGEE

**Policy Number:**   36-CL-H107-4

**Policy Period:**   12 Months
**Effective Dates:** JUN 26 2023 to JUN 26 2024
The policy period begins and ends at 12:01 am standard time at the residence premises.

**Your State Farm Agent**
 MARK D WELTY INS AGENCY INC
5520 S MEMORIAL DR
TULSA OK            74145-9018

**Phone:** (918) 627-1833  or  (918) 627-1003

## Homeowners Policy

**Location of Residence Premises**
1901 S DOGWOOD PL
BROKEN ARROW OK  74012-6345

**Construction:**            Masonry Veneer
**Year Built:**              1995

**Roof Material:**  Composition Shingle
**Roof Installation Year:**   2010

**Automatic Renewal**

If the **POLICY PERIOD** is shown as **12 MONTHS,** this policy will be renewed automatically subject to the premiums, rules, and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**IMPORTANT MESSAGES**

Coverage A has increased $2,600.00 over last year.
Please help us update the data used to determine your premium. Contact your agent with the year each of your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

**PREMIUM**

Annual Premium                                                                                                $2,250.00
*Your premium has already been adjusted by the following:*
  Home/Auto Discount              Claim Record Discount
  Loyal Customer

**Total Premium**                                                                                             $2,250.00

Prepared   MAY 08 2023                    *Thanks for letting us serve you...*                Page 1 of 4
HO-2000
008447   420    I
N        GA,GB,R3,EH
                                                                                              (o1F1080B)  04-04-2016



| NAMED INSURED | MORTGAGEE AND ADDITIONAL INTERESTS |
|---|---|
| HURSH, BJ & LACY M | |

**Mortgagee**
PHH MORTGAGE SERVICES
ITS SUCC AND/OR ASSIGNS
PO BOX 5954
SPRINGFIELD OH  45501-5954

Loan Number: 

## SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---:|
| A Dwelling | $ 363,700 |
| Other Structures | $ 36,370 |
| B Personal Property | $ 272,775 |
| C Loss of Use | $ 109,110 |

**Additional Coverages**

| | |
|---|---:|
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

## SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---:|
| L Personal Liability (Each Occurrence) | $ 300,000 |
| Damage to the Property of Others | $ 1,000 |
| M Medical Payments to Others (Each Person) | $ 3,000 |

## INFLATION

Inflation Coverage Index: 312.5

## DEDUCTIBLES

| Section I Deductible | Deductible Amount |
|---|---:|
| All Losses 1% | $ 3,637 |

## LOSS SETTLEMENT PROVISIONS

A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

MAY 08 2023

oF1081A

HO-2000

Page  2 of  4

**36-CL-H107-4** 

## FORMS, OPTIONS, AND ENDORSEMENTS

| | |
|---|---|
| HW-2136 | Homeowners Policy |
| Option ID | Increase Dwlg up to $72,740 |
| Option OL | Ordinance/Law 10%/ $36,370 |
| Option JF | Jewelry and Furs $1,500 Each Article/$2,500 Aggregate |
| HO-2310.1 | Amendatory Endorsement |
| HO-2441.2 | Home Systems Protection |
| HO-2442.2 | Service Line Coverage |
| HO-2444.2 | Back-Up Of Sewer Or Drain - 10% of Coverage A/$ 36,370 |

## ADDITIONAL MESSAGES

State Farm® works hard to offer you the best combination of price, service, and protection. The amount you pay for homeowners insurance is determined by many factors such as the coverages you have, the type of construction, the likelihood of future claims, and information from consumers reports.

**Other limits and exclusions may apply - refer to your policy**

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm Fire and Casualty Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yaussel*
Secretary

*Michael F. Tipsord*
President

Prepared MAY 08 2023     Page 3 of 4
HO-2000
008448 420
N



**Your coverage amount....**
It is up to you to choose the coverages and limits that meet your needs. We recommend that you purchase a coverage limit at least equal to the estimated replacement cost of your home. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an Xactware estimate using information you provide about your home. We can accept the type of estimate you choose as long as it provides a reasonable level of detail about your home. State Farm® does not guarantee that any estimate will be the actual future cost to rebuild your home. Higher limits are available at higher premiums. Lower limits are also available, which if selected may make certain coverages unavailable to you. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your home.

MAY 08 2023

oIF1081A

553-2634.1

## PREMIUM DISCOUNT AVAILABLE FOR USE OF IMPACT-RESISTIVE ROOFING PRODUCTS

State Farm® offers a premium discount for homes that have qualified impact-resistive roofing materials.

Underwriters Laboratories (UL) and Factory Mutual (FM) are nationally recognized testing laboratories that develop safety standards and test products to verify they meet specific performance standards. Both UL and FM have developed testing standards that measure the impact resistance of various roofing materials. The roofing products tested by UL and FM are rated from Class 1 to Class 4, with Class 4 providing the greatest roofing protection.

State Farm offers a premium discount when qualified UL certified or FM approved Class 3 or Class 4 roofing materials have been installed on your home. The discount applies to both new and replacement roofs installed since May 1996 with UL certified products, and since July 2005 with FM approved products.

Discounts are not available for wood roofs, or roofs (other than qualifying metal roofs) that have been overlaid on to existing roofing. Discounts are also subject to limitations and may not be available on all UL or FM Class 3 and 4 impact-resistant roofing products.

Manufacturers continue to bring UL certified and FM approved roofing products to the consumer marketplace. You can visit our web site at http://www.statefarm.com/insurance/other/roofinfo.asp for a list of qualifying products in your state.

If you have any questions about the discounts available for installing an impact-resistive roof or to see if your roof qualifies, please contact your State Farm agent.

**This discount program does not constitute an endorsement or any warranty of performance on the part of State Farm for any particular roofing product. Please research and determine what roofing material is best suited for your home, location and environmental conditions.**

553-2634.1 (C)          (12/09)

553-4157

## NOTICE TO POLICYHOLDER

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes that you requested before the "Date Prepared" on your Renewal Declarations are effective on the renewal date of this policy unless indicated otherwise by a separate endorsement, binder or Amended Declarations Page. Any coverage forms or endorsements included with your Renewal Declarations are effective on the renewal date of this policy.

Policy changes that you requested after the "Date Prepared" on your Renewal Declarations will be sent to you as an Amended Declarations Page or as an endorsement to your policy. You will be billed for any resulting premium increase later.

If you have acquired any valuable property items, made any improvements to your home, or have questions about your insurance coverage, please contact your State Farm® agent.

553-4157 (C)

(CONTINUED)

553-4156

## PREMIUM ADJUSTMENT

Insurance premiums have been adjusted and continue to reflect the expected cost of claims. Some policyholders will see their premiums increase while other policyholders may see their premiums decrease or stay the same. The amount your premium changed, if at all, depends on several factors including the expected claim experience in your area, the coverage you have, and any applicable discounts or charges.

The enclosed Renewal Declarations reflects your new premium.

State Farm® works hard to offer you the best combination of cost, protection, and service. We will continue doing our best to make the most effective use of your premium dollars and give you superior service when you need it.

If you have any questions about your premium, or policy coverages, please contact your State Farm agent.

553-4156

553-2798.1

## IMPORTANT NOTICE ABOUT YOUR POLICY

With our Claim Record Rating Plan, your savings will typically increase the fewer claims you have and the longer you're insured with State Farm®. We adjust premiums based on the number of claims under the rating plan. Depending on your state, claims under the plan generally include those resulting in a paid loss and may include weather-related claims where permitted. In addition, any claims with your prior insurer resulting in property damage or injury may also influence your premium.

Our Loyal Customer Discount provides a premium discount based on the number of years that you have been with us.

For more information about whether the Claim Record Rating Plan applies in your state, the claims we consider for the plan, or whether the Loyal Customer Discount is in effect in your state, please contact your State Farm agent.

553-2798.1