# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY HURSH and LACY HURSH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STATE FARM FIRE AND CASUALTY )<br>COMPANY, MARK D. WELTY and MARK D. )<br>WELTY INSURANCE AGENCY, INC., )<br>)<br>Defendants. ) | Case No. 5:25-cv-00529-J |

## ENTRY OF APPEARANCE

To:  The Clerk of Court and all parties of record,

Please enter my appearance as counsel in this case for Plaintiffs Billy Hursh and Lacy Hursh.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

 */s/ Blake Sonne*
Reggie N. Whitten, OBA #9576
Michael Burrage, OBA #1350
Blake Sonne, OBA No. #20341
Hannah E. Whitten, OBA #35261
John S. Sanders, OBA #34990
Jake Denne, OBA #35097
WHITTEN BURRAGE
512 North Broadway Avenue, Suite 300
Oklahoma City, OK  73102
Telephone:  (405) 516-7800
Facsimile:  (405) 516-7859
Emails:  rwhitten@whittenburragelaw.com
  mburrage@whittenburragelaw.com
  bsonne@whittenburragelaw.com
  hwhitten@whittenburragelaw.com
  jsanders@whittenburragelaw.com
  jdenne@whittenburragelaw.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that, on May 14, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing to all counsel of record.

 */s/ Blake Sonne*
Blake Sonne