# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY HURSH and LACY HURSH,         ) | |
|                           ) | |
|            Plaintiffs,   ) | |
|                           ) | |
| v.                              ) | Case No. 5:25-cv-00529-J |
|                           ) | |
| STATE FARM FIRE AND CASUALTY   ) | |
| COMPANY, MARK D. WELTY and MARK D. ) | |
| WELTY INSURANCE AGENCY, INC.,     ) | |
|                           ) | |
|            Defendants.   ) | |

## **ENTRY OF APPEARANCE**

To:    The Clerk of Court and all parties of record,

Please enter my appearance as counsel in this case for Plaintiffs Billy Hursh and Lacy Hursh.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

  /s/ Hannah E. Whitten
Reggie N. Whitten, OBA #9576
Michael Burrage, OBA #1350
Blake Sonne, OBA No. #20341
Hannah E. Whitten, OBA #35261
John S. Sanders, OBA #34990
Jake Denne, OBA #35097
WHITTEN BURRAGE
512 North Broadway Avenue, Suite 300
Oklahoma City, OK  73102
Telephone:	(405) 516-7800
Facsimile:	(405) 516-7859
Emails:	rwhitten@whittenburragelaw.com
	mburrage@whittenburragelaw.com
	bsonne@whittenburragelaw.com
	hwhitten@whittenburragelaw.com
	jsanders@whittenburragelaw.com
	jdenne@whittenburragelaw.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that, on May 14, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing to all counsel of record.

  /s/ Hannah E. Whitten
Hannah E. Whitten