**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BILLY HURSH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-25-529-J |
| | ) |
| STATE FARM FIRE and | ) |
| CASUALTY COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**TO THE CLERK OF COURT:**

Please enter the following order in the above-entitled cause:

Pursuant to 28 U.S.C. § 455, I recuse from the above-referenced case to whom this case is assigned. The Clerk of Court is directed to return the case to the regular procedure for random selection so that a successor District Judge may be determined.

Case reassigned to <u>Judge Scott L. Palk</u>. Please note that, for future filings in this case, the letter at the end of the number should now be a "SLP" rather than a "J". This is important to ensure the prompt distribution of pleadings to the proper judge.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES DISTRICT JUDGE BERNARD M. JONES.

Joan Kane, Clerk

By:  /s/ D. Wayne Lee
      Deputy Clerk

Date: May 14, 2025