IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BILLY HURSH, and <br> (2) LACY HURSH, <br><br>        **Plaintiffs,** <br><br> v. <br><br> (1) STATE FARM FIRE AND CASUALTY <br>     COMPANY, <br> (2) MARK D. WELTY, and <br> (3) MARK D. WELSTY INSURANCE <br>     AGENCY, INC., <br><br>        **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 5:25-cv-00529-J <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### <u>ENTRY OF APPEARANCE---PATRICK F. COLLOGAN</u>

To:    The Clerk of Court and all Parties of Record

    I hereby certify that I am admitted or otherwise authorized to practice in this Court, and am entering my appearance on behalf of Plaintiffs, Billy and Lacy Hursh.

    Dated this 14th day of May, 2025.

                                        Respectfully submitted,

                                        <u>/s/Patrick F. Collogan</u>
                                        Patrick F. Collogan, OBA # 30529
                                        BIBY LAW FIRM
                                        6305 E. 120th Court, Suite F
                                        Tulsa, OK  74137
                                        P: (918) 574-8458
                                        F: (888) 572-8263
                                        [pat@bibylaw.com](mailto:pat@bibylaw.com)

                                        -and-

                                        Reggie N. Whitten, OBA #9576
                                        Michael Burrage, OBA #1350
                                        Blake Sonne, OBA #20341
                                        Hannah Whitten, OBA #35261
                                        John S. Sanders, OBA #34990

        Jake Denne, OBA #35097
        WHITTEN BURRAGE
        512 North Broadway Avenue, Suite 300
        Oklahoma City, OK  73102
        P: (405) 516.7800
        F: (405) 516.7859
        rwhitten@whittenburragelaw.com
        mburrage@whittenburragelaw.com
        bsonne@whittenburragelaw.com
        hwhitten@whittenburragelaw.com
        jsanders@whittenburragelaw.com
        jdenne@whittenburragelaw.com

        *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2025, I electronically transmitted the above-foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lancy E. Leffell
lleffel@gablelaw.com
Carrie B. McNeer
cmcneer@gablelaw.com
Lacy B Williamson
lwilliamson@gablelaw.com

*Attorneys for State Farm Fire and Casualty Company*

        /s/Patrick F. Collogan