# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

Billy Hursh, et al.,

    Plaintiff(s)

vs.                                  Case Number: 5:25-cv-00529-SLP

State Farm Fire and Casualty Co., et al

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

State Farm Fire and Casualty Company
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☒ DEFENDANT    in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES    ☒ NO

2. **Does party have any parent corporations?**

    (Check one)   ☒ YES    ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

    State Farm Fire and Casualty Company is a wholly owned subsidiary of its only parent company, State Farm Mutual Automobile Insurance Company.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES    ☒ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one)  ☐ YES  ☑ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

(Check one)  ☐ YES  ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  19th  day of  May  , 20 25 .

| s/Lacy B. Williamson | |
|---|---|
| Signature | |
| Lacy B. Williamson | 34004 |
| Printed Name | Bar Number |
| GableGotwals | |
| Firm Name | |
| 110 N. Elgin Avenue, Suite 200 | |
| Address | |
| Tulsa | OK    74120 |
| City | State    ZIP |
| 918-595-4800 | 918-595-4990 |
| Phone | Fax |
| lwilliamson@gablelaw.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on ___May 19, 2025___ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Reggie N. Whitten
Michael Burrage
Blake Sonne
Hannah Whitten
John S. Sanders
Jake Denne
Patrick F. Collogan

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service          ☐ In Person Delivery
☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/Lacy B. Williamson
Signature