Amy Lanier
6/24/2022

Page: 1 (1)

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF OKLAHOMA

 3    THOMAS H. BATES,

 4         Plaintiff,

 5    VS.                                Case Number
                                         CIV-21-705-JD
 6    STATE FARM FIRE AND CASUALTY
      COMPANY,
 7
           Defendant.
 8

 9

10

11                      *  *  *  *  *

12            DEPOSITION OF AMY LYNNE LANIER
              TAKEN ON BEHALF OF THE DEFENDANT
13               IN OKLAHOMA CITY, OKLAHOMA
                    ON JUNE 24, 2022
14              COMMENCING AT 9:05 A.M.

15                      *  *  *  *  *

16

17

18

19

20

21
                       INSTASCRIPT, LLC
22               125 PARK AVENUE, SUITE LL
               OKLAHOMA CITY, OKLAHOMA  73102
23                      405.605.6880
                  schedule@instascript.net
24

25       Reported by:                     nt, CSR, RPR
```

PLAINTIFF'S EXHIBIT 6

EXHIBIT 6

Amy Lanier
6/24/2022

Page: 12 (42 - 45)

Page 42

1  Q. And who was that meeting with?
2  A. That was with Shawna and another gentleman --
3  and I can't remember his name -- with -- I believe
4  with the firm.
5  Q. Mr. Miller?
6  A. What's his first name?
7  Q. Brad.
8  A. Yes. With Brad Miller.
9  Q. How long did that meeting last?
10  A. I believe it was a lunch, and I was just
11  taking a long lunch that day; so it probably wouldn't
12  have been more than an hour or an hour and a half
13  maybe. But it's been a while, I can't remember.
14  Q. What else do you remember being discussed at
15  that initial meeting?
16  A. The same -- same questions, just -- I mean,
17  there were some getting-to-know-you small talk
18  chitchat I'm sure. But just how long -- "Do you
19  remember how long you worked for State Farm?" "Why
20  did you leave State Farm? What was your procedure
21  on" -- or -- I don't know for sure "procedure."
22  Yeah, just, I mean, "What did you do on claims?"
23  What was your -- I guess more of like claim handling
24  and things like that and just why did I leave
25  State Farm.

Page 43

1  Q. Did you learn how they got your name?
2  A. Yes.
3  Q. How was that?
4  A. Through Jonathan Marks.
5  Q. Had you had some discussions with Jonathan
6  about your departure from State Farm?
7  A. I believe I -- well, before leaving
8  State Farm, there was a meeting -- I believe it was
9  either Jonathan or someone else on his -- with his
10  company, that we were up on a roof and I was venting
11  about, you know, some of the things that I thought
12  was ridiculous that we could not -- I was not allowed
13  to do regarding roof claims.
14  Q. Do you recall when that happened?
15  A. It was prior -- obviously, prior to me
16  leaving State Farm. I would say probably a few
17  months before I left State Farm but during that --
18  what was that? That would have been summer,
19  spring/summer.
20  Q. The first half of 2020?
21  A. We could say that, yeah. Uh-huh.
22  Q. Around the time that the world changed
23  through the global pandemic?
24  A. Yes. Yes.
25  Q. Other than the venting session on the roof

Page 44

1  with Mr. Marks and one of his colleagues, did you
2  have any other discussions with Mr. Marks about your
3  departure or your intent to depart from State Farm?
4  A. I believe after I left State Farm and went to
5  AFR, I might have called him and said, "Hey, just so
6  you know, I'm switching over to AFR, left State Farm,
7  got this job."
8      I mean, it might have been just a -- kind of a
9  "In case you try to reach me for State Farm, I'm not
10  there anymore" kind of phone call.
11  Q. Well, tell me, why did you agree to serve as
12  a witness for the Bates in this case?
13  A. I just felt like -- I mean, I'm just here to
14  tell the truth. And, again, the reason why I left
15  State Farm is I wasn't happy with what I was being --
16  you know, it still upsets me, but what I was told
17  that I couldn't do on claims after being with the
18  company for 15-plus years and feeling like I knew
19  what I was doing, I knew what hail damage was, and to
20  be -- I mean, my authority was totally taken away
21  from me on totaling roofs. So, I was told that I
22  had -- ==everyone on our team did not have any==
23  ==authority anymore to total roofs because we were==
24  ==paying for too many roof claims.== When we had -- when
25  we did an inspection, we were not allowed to -- when

Page 45

1  you're on a roof with a roofer, you point out where
2  there's hail or they point -- usually they're the
3  ones saying, you know, "What about this one? What
4  about this one?" And we would -- we had the
5  authority to say okay and we'd circle it, "Yes,
6  that's hail, yes, that's hail," and then we would
7  count them up and decide if the roof was a total or
8  if the slope was a total.
9      We didn't have authority to do that anymore.
10  We had to take pictures with our phone on top of the
11  roof in front of a roofer -- sometimes in front of a
12  roofer if they got up there with us -- and I had to
13  send those pictures over to Jacqueline. And she
14  would ask, "Well, was it -- it doesn't look like the
15  granules are crushed into the mat on that one" or,
16  you know, "What does it feel like under -- under the
17  mat," or, you know, just other questions. And if I
18  wasn't able to reach her via cell phone, then I had
19  to -- I just felt like there was such pressure
20  because I had to try to make up -- either tell the
21  roofer...
22      I mean, honestly at the beginning when we were
23  told that, I would just tell the roofers, "Look, I
24  don't have authority to total roofs anymore. I'm
25  going to come out here and I'm going to take

Amy Lanier
6/24/2022

Page: 13 (46 - 49)

Page 46

1 pictures, but I'm not going to be able to tell you if
2 that's hail."
3     And I would get into -- I mean, roofers would
4 say, "You mean to tell me you can't tell me if that's
5 hail -- right now is that hail or not?"
6     "I can't tell you that."
7     And it was just very stressful for me to know
8 what I knew, if it was or not, but I couldn't say.
9 "You know, are you going to total this roof or no?"
10     "I can't tell you that."
11     So, I mean, it was -- it was upsetting. It was
12 kind of embarrassing for me because here I am going
13 up there on a roof and I'm representing -- I'm
14 supposed to have experience and I did have experience
15 and I knew, but, yet, I couldn't say anything.
16 I mean, so it was -- it was upsetting.
17     And then, on top of that, ==when I was told that==
18 ==is not hail or it's not new hail, to call it wear and==
19 ==tear and to deny a claim, I felt -- I felt bad.== My
20 conscience was really getting to me because I would
21 have to stand in front of an insured or call them and
22 say, "I'm sorry, I can't -- I can't total your roof.
23 It's wear and tear." And in my mind, on -- now,
24 there are some that I -- you know, I didn't total
25 every single roof and it wasn't that -- that's not

Page 47

1 what I'm saying here. I'm saying that on the ones
2 that ==I legitimately felt like there was some damage==
3 ==from hail, from new hail that I felt like that the==
4 ==roof should be totaled, that I was told to deny the==
5 ==whole thing, and that -- that was difficult.== And
6 that happened numerous times, over and over again.
7     So, I mean, there were times that I went home
8 and -- anyway, there were times that I got really
9 upset at home after some of those conversations.
10     So, that's -- I just -- I'm just here to tell
11 what my truth is and what my experience was.
12     Q. Okay. At any point during this time frame,
13 when you felt like your authority was being taken
14 away from you --
15     A. Yes.
16     Q. -- did you ever address that with anyone at
17 State Farm?
18     A. Well, I had -- we all had conversation --
19 when I say "we all," I mean other people on my team
20 had conversations with Jacqueline about our concerns.
21 I mean, it was -- we all did get our authority taken
22 away. It wasn't that I felt like it; we were told we
23 did not have authority to total any roofs, that
24 before we -- before we totaled a roof, we had to send
25 her pictures either via text message on our phones or

Page 48

1 email her pictures or give her a call with our
2 pictures pulled up once we've uploaded them into the
3 computer and go over those pictures.
4     So, before I could put anything in the file
5 notes-wise besides "inspected roof," maybe, you know,
6 "complete notes to follow," you know, something like
7 that, just so somebody else could go in and see that
8 I did inspect it, I had to talk to her and find out
9 what she's going to let me do and what I needed to
10 say on it.
11     Q. Did you use scope sheets at your inspections?
12     A. Yes.
13     Q. And you were still filling out your
14 scope sheets when you inspected and took the
15 photographs. True?
16     A. Partially. I mean, you know, I would mark
17 some things sometimes. I -- I definitely --
18 you know, the measurements were there. I'd draw out
19 where my test squares were. You know, just kind of
20 depending on the phase, like when I was able to reach
21 her -- if I was up on a roof and I was able to reach
22 her, then I would -- if she said, "Yeah, that
23 definitely looks like hail. Let's see -- you know,
24 if you have some soft metal damages, let's see
25 those," you know, so then I would send those. And if

Page 49

1 she -- then, you know, there were times that -- I'm
2 not saying every time she said, "Don't total,"
3 you know, "Deny, deny." But the majority of them, in
4 my experience -- now, there were other -- three
5 other -- two other adjusters that worked the same
6 territory. But in my experience, most of them were
7 not paid for.
8     So, just depending on what that conversation
9 was and when that conversation was done -- if it was
10 up on the roof where she said, "Yes, okay, go ahead
11 and that's going to be a total, I agree with what
12 your assessment is," then I would mark everything up
13 and I'd put my notes in.
14     Q. So, there were instances when you may have
15 submitted documentation for the file and Ms. Draper
16 would agree that there was hail damage. True?
17     A. Yes.
18     Q. And there were instances when maybe you
19 thought something was hail and she disagreed?
20     A. Yes.
21     Q. Is there any element of subjectivity in
22 calling damage on a roof, in your opinion?
23     A. On subjectivity?
24     Q. Is there any subjectivity to the process?
25     A. I believe, yes, there is subjectivity. But I