1

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                      )
                                      )
                 Plaintiff,           )
                                      )
     vs.                              ) Case No. 21-CV-705-JD
                                      )
STATE FARM FIRE AND CASUALTY COMPANY, )
                                      )
                 Defendant.           )




        TRANSCRIPT OF THE TRIAL TESTIMONY OF AMY LANIER

              NOVEMBER 4, 2022, at 9:00 A.M.

  BEFORE THE HONORABLE JODI W. DISHMAN, JUDGE PRESIDING
```

**EXHIBIT 7**

```
              Recorded by mechanical stenography
       Transcript produced by computer-aided transcription

          Cassy Kerr, CSR, CCR, RPR, CRC, CRR, U.S. Court Reporter
          200 Northwest Fourth Street, Oklahoma City, Oklahoma 73102
             405-609-5096  *  Cassandra_Kerr@okwd.uscourts.gov
```

```
Amy Lanier                                                        30
Cross-examination by Ms. Williams
```

 1  questions.
 2            THE COURT:  Ms. Williams?
 3                     CROSS-EXAMINATION
 4       BY MS. WILLIAMS:
 5  Q.   Good morning, Ms. Lanier.
 6  A.   Good morning.
 7  Q.   Ms. Lanier, do you recall giving a deposition in this
 8  case?
 9  A.   I do.
10  Q.   Do you recall my cocounsel Mr. Leffel taking your
11  deposition?
12  A.   I do.
13  Q.   Do you recall testifying that you couldn't remember any
14  specific -- the specifics of any claim that you felt like
15  should have been paid?  Do you remember that?
16  A.   I'd have to pull up the -- do you know exactly where that
17  would be?
18  Q.   Well, I'm going to go a little faster today.
19       Let me ask you this.
20  A.   Okay.
21  Q.   Today, can you -- "yes" or "no" -- remember specifics of
22  40 claims, 60 claims out of 100 that you now estimate you had
23  to deny, but you disagreed about?
24  A.   I did not keep a count, no.
25  Q.   Okay.  Ms. Lanier, to be clear, you left State Farm in