**Message**

| | |
|---|---|
| From: | David Hoffhines [david.hoffhines.r78j@statefarm.com] |
| Sent: | 7/9/2020 9:28:30 PM |
| To: | Jacqueline Draper [jacqueline.draper.truw@statefarm.com] |
| Subject: | 3607s982C |

### StateFarm — David Hoffhines



I understand that you are not able to find hail on the date my insured has cell phone pics on? Can we discuss this please?? How do I tell my client that the hail damage marks that were uploaded to the file from contractor are invisible to claim reps and supervisors?? I know the growing trend is for SF to deny hail claims, I'm just curious how do I word this??

Thank you

**David Hoffhines**
Agent

**David Hoffhines**
Agent

 405-787-1111

FAX 405-787-7434

Visit David's Home Page

Map & Directions

Access Your Account

Request A Quote

6444 NW Expressway
Suite 450
Oklahoma City, OK 73132

  
LIFE CALCULATOR    CAR LOAN CALCULATOR    RETIREMENT CALCULATOR

 
REVIEW US!    POCKET AGENT APP


THE GREATEST COMPLIMENT IS A REFERRAL
refer a friend today

Providing Insurance and Financial Services

Stay Connected:    

POWERED BY BRAND MY EMAIL

**EXHIBIT 3**

HOSIERGAR00007690PROD