Re: 36-45P7-61N

**Jeremy Cox** <jeremyc@wascookc.com>
Thu 6/1/2023 2:56 PM
To: HOME CLMS-FIRECLAIMS <statefarmfireclaims@statefarm.com>

I also spoke with rimkus they said it has all been sent back maybe check your junk box

Sent from my iPhone

> On Jun 1, 2023, at 1:55 PM, HOME CLMS-FIRECLAIMS <statefarmfireclaims@statefarm.com> wrote:
>
> Hello Mr. Cox,
>
> I spoke with Rimkus today and was told that their response to State Farm is under technical review for approval to be sent out. Once that response is approved they will send us a copy. I am not sure how long that approval process will take, so I will continue to contact Rimkus until we do receive it.
>
> Be rewarded with Drive Safe and Save™ Discounts! To learn more about Drive Safe and Save™, contact a State Farm® agent or visit sf.com/drivesafeandsave.
>
> Thank you,
>
> DJ Hall | Hail Reconciliation Unit
> P: 844.458.4300 ext. 66    F: 844.236.3646
> Email: statefarmfireclaims@statefarm.com
> **Never miss a call from State Farm** – Add us to your contact list by texting **HOME** to **62789**
> <image002.png>
>
> **From:** Jeremy Cox <jeremyc@wascookc.com>
> **Sent:** Thursday, June 1, 2023 10:39 AM
> **To:** DJ Hall <dj.hall.dwy5@statefarm.com>; HOME CLMS-FIRECLAIMS <statefarmfireclaims@statefarm.com>

**EXHIBIT 4**

**Subject:** [EXTERNAL] Fw: 36-45P7-61N
**Importance:** High

## just trying to get a follow up response

**thanks**
**Jeremy cox**
**405-520-3328**

---

**From:** Jeremy Cox <jeremyc@wascookc.com>
**Sent:** Wednesday, May 31, 2023 11:18 AM
**To:** dj.hall.dwy5@statefarm.com <dj.hall.dwy5@statefarm.com>; StateFarm Claims <statefarmfireclaims@statefarm.com>
**Subject:** Fw: 36-45P7-61N

Once again I am trying to get a follow up response it has been over a month since you have asked Rimkus to address your questions how much longer are you going to wait. His report states that there is hail damage so i do not see what the problem is. It is starting to look like from my point of view is that you guys at Statefarm are just waiting on them to give you the outlook you want. The hail damage was acknowledged by Brooke your adjuster that gave me the date of September 4 for the date of loss , and from statewide roofing a contractor recommended by your agent and even by your engineer that you hired.

Thanks
Jeremy cox
405-520-3328

---

**From:** Jeremy Cox <jeremyc@wascookc.com>
**Sent:** Tuesday, May 30, 2023 11:20 AM
**To:** HOME CLMS-FIRECLAIMS <statefarmfireclaims@statefarm.com>
**Cc:** dj.hall.dwy5@statefarm.com <dj.hall.dwy5@statefarm.com>
**Subject:** Re: 36-45P7-61N

hello John and Dj

I was just following up to see if you have gotten a response back from Rimkus yet

Thanks
Jeremy cox

405-520-3328

---

**From:** HOME CLMS-FIRECLAIMS <statefarmfireclaims@statefarm.com>
**Sent:** Thursday, May 25, 2023 2:17 PM
**To:** Jeremy Cox <jeremyc@wascookc.com>
**Subject:** 36-45P7-61N

Hello Jeremy,

Please see attached copies of the letter and the emails sent to Rimkus for your records.

If you have any questions or concerns please call us at the phone number listed below or email us at the email address below.

Thank you,

**John Lasslett**
Claims Specialist – Hail Reconciliation Unit
Ph: 844-458-4300 X66
Email: [statefarmfireclaims@statefarm.com]statefarmfireclaims@statefarm.com

Re: State Farm homeowner's policy

Jeremy Cox <jeremyc@wascookc.com>
Wed 3/22/2023 4:15 PM
To: Angela Dyrcz <angela.dyrcz.l28e@statefarm.com>

It was a brand new house we had built 8 years ago

Sent from my iPhone

> On Mar 22, 2023, at 4:12 PM, Angela Dyrcz <angela.dyrcz.l28e@statefarm.com> wrote:
>
> They did change the claim guidelines a couple of years ago because they were replacing so many that did have hail damage but also had extreme wear and tear from aging.
> I know they look at a lot of different factors.
> I wish they would go back to roof inspections when we write a new policy. I think that would help.
>
> ~ Angela Dyrcz ~
> FSR/Office Manager
> Mike Muecke Agency
> 301 N Douglas Blvd
> Midwest City, OK 73130
> Office & Text: 405-732-1123
> Fax 405-732-6001
>
> **From:** Jeremy Cox <jeremyc@wascookc.com>
> **Sent:** Wednesday, March 22, 2023 3:51 PM
> **To:** Angela Dyrcz <angela.dyrcz.l28e@statefarm.com>
> **Subject:** [EXTERNAL] Re: State Farm homeowner's policy
>
> So apparently he looks at weather reports and hail size to determine if a roof has hail damage or normal wear and tear is what the claim handler told me, just sounds like away for the insured to get the screws put to them because he has the final say other than getting a lawyer to fight with State Farm there's nothing the insured can do

Sent from my iPhone

On Mar 22, 2023, at 3:32 PM, Angela Dyrcz <angela.dyrcz.l28e@statefarm.com> wrote:

That doesn't make much sense to me at all.
I am not sure what an engineer has to do with roof damage but I guess we will see what plays out.

~ Angela Dyrcz ~
FSR/Office Manager
Mike Muecke Agency
301 N Douglas Blvd
Midwest City, OK 73130
Office & Text: 405-732-1123
Fax 405-732-6001

**From:** Jeremy Cox <jeremyc@wascookc.com>
**Sent:** Wednesday, March 22, 2023 3:24 PM
**To:** Angela Dyrcz <angela.dyrcz.l28e@statefarm.com>
**Subject:** [EXTERNAL] Re: State Farm homeowner's policy

I'm fighting on the roof now State Farm hired a engineer it should not be this hard it is not about the money at all it's just not worth the headache

Sent from my iPhone

On Mar 22, 2023, at 3:15 PM, Angela Dyrcz <angela.dyrcz.l28e@statefarm.com> wrote:

You may be able to find something cheaper, but not many are as comprehensive as our policy. Just make sure it's full replacement on everything including the roof.
Many companies have done away with roof replacement cost recently.

~ Angela Dyrcz ~
FSR/Office Manager
Mike Muecke Agency
301 N Douglas Blvd
Midwest City, OK 73130
Office & Text: 405-732-1123
Fax 405-732-6001

**From:** Jeremy Cox <jeremyc@wascookc.com>
**Sent:** Wednesday, March 22, 2023 3:07 PM
**To:** Angela Dyrcz <angela.dyrcz.l28e@statefarm.com>
**Subject:** [EXTERNAL] Re: State Farm homeowner's policy

Thank you very much just think it's time I start shopping around

Sent from my iPhone

> On Mar 22, 2023, at 3:05 PM, Angela Dyrcz <angela.dyrcz.l28e@statefarm.com> wrote:
>
> <image001.gif>
> Let us know anytime we can help you!
>
> Kind regards,
>
> **Angela Dyrcz**
> FSR/Office Manager
> Mike Muecke Agency
> 301 N Douglas Blvd
> Midwest City, OK 73130
> Office & Text: 405-732-1123  Fax 405-732-6001

&lt;image002.png&gt;
**Tell Us What You Think – Leave a Review!**

&lt;image003.png&gt;
   **Find us on Facebook!**

&lt;image004.jpg&gt;

&lt;Cox, Jeremy HO dec pg.pdf&gt;