IN THE DISTRICT COURT OF OKLAHOMA COUNTY

STATE OF OKLAHOMA

```
GARY HOSIER and              )
TRACY HOSIER,                )
                             )
        Plaintiffs,          )
                             )
VS.                          )  Case Number
                             )  CJ-2021-1741
STATE FARM FIRE AND CASUALTY )
COMPANY and DAVID HOFFHINES, )
                             )
        Defendants.          )
```

**CERTIFIED COPY**



\* \* \* \* \*

VIDEO DEPOSITION OF DAVID WAYNE HOFFHINES
TAKEN ON BEHALF OF THE PLAINTIFFS
IN OKLAHOMA CITY, OKLAHOMA
ON MAY 10, 2023
COMMENCING AT 10:40 A.M.

\* \* \* \* \*

REPORTED BY:  CHERYL D. RYLANT, CSR, RPR

INSTASCRIPT, LLC
125 PARK AVENUE, LL
OKLAHOMA CITY, OKLAHOMA 73102
schedule@instascript.net
Phone:(405)605-6880 Fax:(405)605-6881

EXHIBIT 1

1  uploaded to the file from the contractors are
2  invisible to everybody at State Farm?
3           A.   Right.  I'm --
4           Q.   So, how -- I mean, what did you tell
5  the Hosiers?  Did you tell them "I guess they
6  just couldn't see them"?
7        I mean, how did you explain it to them?
8  How were they invisible to the claim reps and
9  supervisors at State Farm?
10          A.   Well --
11               MR. LEFFEL:  Form.
12        You can go ahead.
13          A.   Yeah.  So, you know, part of this
14  email is -- or, you know, this email is based off
15  of kind of a passionate response from the insured
16  and the adjust- -- or the contractor.  And I am
17  wanting to kind of know the other side of the --
18  of the claims -- what Claims is kind of saying.
19          Q.   (By Mr. Marr)  Here's what it looks
20  like to me, Mr. Hoffhines.  It looks like you're
21  pissed about it.  I mean, it looks like you're
22  trying to stand up for your insured.  No more
23  than that.  I mean, in fact, the first time
24  I read it, I wanted to shake your hand for doing
25  it.