UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) BILLY HURSH**,<br>  and<br>**(2) LACY HURSH**,<br><br>  *Plaintiffs*,<br><br>v.<br><br>**(1) STATE FARM FIRE AND CASUALTY COMPANY**;<br>**(2) MARK D. WELTY**;<br>  and<br>**(3) MARK D. WELTY INSURANCE AGENCY, INC.**,<br><br>  *Defendants*. | **CIV-25-529-SLP**<br><br>**Hon. Scott L. Palk**<br><br>*On removal from the District Court of Oklahoma County CJ-2025-2626* |

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Billy and Lacy Hursh ("Plaintiffs") respectfully submit this Notice of Supplemental Authority in support of their Motion to Remand. On July 10, 2025, the Honorable United State District Judge Patrick R. Wyrick issued a Remand Order [ECF No. 24] in *Maher v. State Farm et al.*, Case No. CIV-2025-81-PRW, 2025 WL 1909507 (W.D. Okla. July 10, 2025) (*See* **Exhibit 1**, Maher Remand Order). Plaintiffs' allegations against State Farm captive agent Terry M. Amacher asserted in *Maher* are substantially similar to Plaintiffs' allegations of negligence, omissions, and misrepresentations made by the Defendant Agents in this case. Such claims are legally viable on their face and as such, Plaintiffs respectfully submit the *Maher* decision in support of their Motion to Remand.

Respectfully submitted,

*s/      John Sanders*
Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097
**WHITTEN BURRAGE**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office:        405.516.7800
Facsimile:    405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I electronically transmitted the above document to the Clerk of the Court and all parties of record using the Court's ECF filing System.

<u>s/     John Sanders          </u>